UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JERRY GOLLIHER,<br><br>　　　　　Defendant. | CR. 13-50106-01-KES<br><br>UNITED STATES' MOTION IN LIMINE |

　　　The United States of America, by and through Assistant United States Attorney Sarah Collins, submits the following Motion in Limine to prohibit the Defendant, his attorney, or any witnesses for the defense from introducing specified evidence during the trial of this matter.

　　　The United States seeks in its eighth motion in limine to exclude any testimony, evidence, or argument by defendant or defense counsel which suggests defendant's lack of legal knowledge is a defense to the crime charged in the indictment. A memorandum of law in support of this motion setting forth legal authority in support thereof will be filed simultaneously and is incorporated by this reference.

　　　Accordingly, the United States requests the Court grant its eighth Motion in Limine and prohibit admission of the above-specified evidence.

　　　Dated this 16th day of September, 2014.

BRENDAN V. JOHNSON
United States Attorney

/s/Sarah B. Collins
Sarah B. Collins
Assistant United States Attorney
515 9th Street
Rapid City, SD, 57701
Telephone: (605) 342-7822
Facsimile: (605) 342-1108
E-mail: Sarah.B.Collins@usdoj.gov